IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01851-MSK-KMT

MARIAN L. OLSON d/b/a
BANNACK PUBLISHING CO.,

    Plaintiff,

v.

THE CITY OF GOLDEN, COLORADO,
a Colorado Home Rule Municipal Corporation,
THE CITY COUNCIL FOR THE CITY OF GOLDEN, COLORADO,
in its official capacity, and
THE CAMPAIGN ELECTION BOARD FOR THE CITY OF GOLDEN, COLORADO,
in its official capacity,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Unopposed Motion to Amend Complaint" (#26, filed February 6, 2008) is GRANTED.

Dated: February 7, 2007