# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: September 25, 2008 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 07-cv-01851-MSK-KMT

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MARIAN L. OLSON, d/b/a BANNACK PUBLISHING CO., | Scott Gessler |
| Plaintiff, | |
| v. | |
| THE CITY OF GOLDEN, COLORADO, a Colorado Home Rule Municipal Corporation, THE CITY COUNCIL FOR THE CITY OF GOLDEN, COLORADO in its official capacity, and THE CAMPAIGN ELECTION BOARD FOR THE CITY OF GOLDEN, COLORADO, in its official capacity, | Josh Marks Melissa Heidman |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**4:32 p.m.     Court in session.**

Counsel is listed as above. Plaintiff is present. Defendant representative- William Hiyashi, City Attorney, is present by telephone.

The Court addresses the summary judgment motions filed.

The parties request to continue the hearing to allow counsel the opportunity to discuss how they want to resolve this matter.

**ORDER:**    Defendant's Motion for Summary Judgment **(Doc. #50)** is **DENIED without prejudice**
Plaintiff's Motion for Summary Judgment **(Doc. #53) is DENIED without prejudice**

**ORDER:** Hearing is continued to **October 15, 2008, at 10:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

The Court recommends the parties contact Magistrate Judge Tafoya to schedule a settlement conference.

**5:02 p.m.** **Court in recess.**

**Total Time: 30 minutes.**
**Hearing continued.**