IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01851-MSK-KMT

MARIAN L. OLSON d/b/a BANNACK PUBLISHING CO.,

    Plaintiff,

v.

THE CITY OF GOLDEN, COLORADO, a Colorado Home Rule Municipal Corporation,

    Defendant.

_____

## ORDER DISMISSING CLAIMS AGAINST PARTIES

_____

THIS MATTER is before the Court on the Stipulated Motion to Dismiss **(#64)** filed November 21, 2008. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED**. All claims asserted in this action against Defendant the City Council for the City of Golden, Colorado and Defendant Campaign Election Board for the City of Golden, Colorado are hereby is dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall so reflect.

DATED this 21st day of November, 2008.

                                      **BY THE COURT:**

                                      *[signature: Marcia S. Krieger]*

                                      Marcia S. Krieger
                                      United States District Judge