IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01851-MSK-KMT

MARIAN L. OLSON d/b/a BANNACK PUBLISHING CO.,

        Plaintiff,

v.

THE CITY OF GOLDEN, COLORADO, a Colorado Home Rule Municipal Corporation,

        Defendant.

_____

## JUDGMENT

**PURSUANT TO** the Court's September 1, 2011 Order Granting Judgment to Defendant judgment is hereby entered in favor of the Defendant The City of Golden, Colorado and against Plaintiff Marian L. Olson d/b/a Bannack Publishing Company, on all claims in this action, with costs pursuant to Fed. R. Civ. P. 54(d)(1).  The Clerk of the Court shall close this case.

Dated this 2nd day of September, 2011

                                        **BY THE COURT:**

                                        _____

                                        Marcia S. Krieger
                                        United States District Judge